U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: Craig W Tom, DI  At: | ☐ ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  04-11-2018 | |
| 9. Other Officers: FDA Special Agent Steven DeZeeuw | | | |
| 10. Report Re: Interview of Dr. Danish JABBAR at 525 Jeffco Blvd, Arnold, Missouri 63010 on April 10, 2018. | | | |

## SYNOPSIS

On April 10, 2018, Diversion Investigator (DI) Craig Tom and Food and Drug Administration (FDA) Special Agent (SA) Steven DeZeeuw interviewed Dr. Danish JABBAR at 525 Jeffco Blvd, Arnold, Missouri 63010 regarding Sami ANWAR and ZAIN RESEARCH.

## DETAILS

1. On April 10, 2018, Diversion Investigator (DI) Craig Tom and Food and Drug Administration (FDA) Special Agent (SA) Steven DeZeeuw interviewed Dr. Danish JABBAR at 525 Jeffco Blvd, Arnold, Missouri 63010. Investigators identified themselves and presented their credentials to JABBAR. Investigators also informed JABBAR that any statements provided would be voluntary. The following statements were provided by Dr. Jabbar throughout the interview.

2. JABBAR stated that he met Sami ANWAR at a party hosted by a colleague in the Pakistani Physician's community in the St. Louis, Missouri area. JABBAR further stated that ANWAR's aunt was the host of the party, but JABBAR could not recall her name.

3. JABBAR stated that he had a primary care practice and wanted to supplement his income by conducting clinical trials. JABBAR initially tried to work with a company who specialized in clinical trials, but he could not afford to continue to work with that company. JABBAR stated

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  /s/ Craig W Tom, DI | 13. Date  04-13-2018 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Susan C Zennan, GS | 15. Date  04-25-2018 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**EXHIBIT 1**             Previous edition dated 8/94 may be used.              **19**

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

1. File No.
2. G-DEP Identifier
3. File Title
4. Page 2 of 4
5. Program Code
6. Date Prepared: 04-11-2018

that in or around July/August 2016, ANWAR invited JABBAR to Washington State to see ZAIN RESEARCH. JABBAR further stated that he visited ANWAR and was impressed by the setup at ZAIN MEDICAL CENTER and ZAIN RESEARCH. JABBAR stated that Harbeer SINGH, was working at ZAIN RESEARCH at the time so he was comfortable with a familiar face moving forward. JABBAR further stated he met SINGH while doing his residency at St. Luke's Hospital in Chesterfield, MO. JABBAR stated that SINGH was working as a technician at St. Luke's.

4. JABBAR stated that he decided to work with ANWAR because ANWAR had experience in clinical trials and JABBAR did not. JABBAR further stated that ANWAR would be responsible for the upfront costs and profits would be split 50/50 with ANWAR after that. JABBAR further stated that he would be the Principal Investigator on trials and ANWAR would run the trials. JABBAR stated that ANWAR created BRACKET TRIALS, which was supposed to be a partnership. JABBAR stated that ANWAR opened an US Bank account for BRACKET TRIALS and JABBAR was a co-signer. JABBAR stated that he received a Biorasi check for approximately $4-5k, but sent it to ANWAR instead of cashing it.

5. JABBAR stated that in or around September 2016, ANWAR presented a contract to JABBAR. JABBAR further stated that he requested to take time to have his attorney review the contract, but in the meantime, ANWAR kept the ball rolling on BRACKET TRIALS. JABBAR stated that ANWAR reached out to the research sponsors. JABBAR further stated that ANWAR conducted the negotiations and paperwork with the research sponsors.

6. JABBAR stated that on a later date he learned that BRACKET TRIALS did not have his name on any business paperwork and that only ANWAR's name and address were on all the paperwork. JABBAR stated that he left BRACKET TRIALS and created Amices, his own clinical trial company in the St. Louis, MO area.

7. JABBAR stated he recalled a few studies to include but not limited to the Braeburn study (lower back pain) and Biorasi study (scabies).

8. JABBAR stated that he screened three patients in the Braeburn study, the first one withdrew consent and tested positive for HEP-C, the second

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

EXHIBIT 1       Previous edition dated 8/94 may be used.       20

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ■■■■■ | 2. G-DEP Identifier ■■ |
|---|---|---|
| | 3. File Title ■■■ ■■■ ■ | |
| 4. Page 3 of 4 | | |
| 5. Program Code | 6. Date Prepared 04-11-2018 | |

one didn't follow up with his/her appointments, and the third tested positive for either HEP-C or B. JABBAR stated that Braeburn had a stringent eligibility requirement. JABBAR stated that he believed the first patient was under BRACKET TRIALS and the other two, Amices.

9. JABBAR stated that between Fall 2016 and Spring 2017, ANWAR, Heather ELLINGFORD, and SINGH would travel from ZAIN RESEARCH to Missouri to help set up clinical trials. JABBAR stated that to the best of his recollection representatives from ZAIN RESEARCH came out to Missouri approximately 3-4 times in the above mentioned time frame. JABBAR stated that they would bring the trial paperwork back and forth.

10. JABBAR stated that ANWAR offered him over $500k to be an internist at ZAIN MEDICAL CENTER. JABBAR further stated that was an exorbitant amount for an internist, but he turned it down.

11. JABBAR stated that he never authorized ANWAR or anybody else to sign documents on his behalf. JABBAR further stated that his Curriculum Vitae (CV) was exaggerated and his experience was falsified in his application for the Braeburn study. JABBAR stated that ANWAR handled all the paperwork and application process. JABBAR stated that he confronted ANWAR about his falsified CV and ANWAR gave him the impression that he needed to overblow the CV to get accepted to the study. JABBAR further stated that he submitted his original CV for a Crestovo study, but got rejected.

12. JABBAR stated that he requested to see Braeburn documents from ANWAR because he wanted to become proactive in the research, but ANWAR refused and told him that he would handle the paperwork.

13. DI Tom presented photocopies of non-drug exhibit N-25, which included, but was not limited to DEA Form-222s and a FDA 1575 form. JABBAR stated that it was not his signature on any of the forms and JABBAR signed and dated the copies to identify the signatures were forged.

14. JABBAR stated that when he stopped working with ANWAR somebody used his BRACKET TRIALS email address and asked Braeburn to transfer his site to Dr. Candace GREEN at ZAIN RESEARCH. JABBAR further stated that he did

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

EXHIBIT 1                Previous edition dated 8/94 may be used.                21

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION  *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 4 of 4 | | |
| 5. Program Code | 6. Date Prepared 04-11-2018 | |

not send the e-mail and that ANWAR set up his BRACKET TRIALS email account.

15. JABBAR stated that in October 2017 he received an email from Patrick GALLOWAY, ANWAR's attorney. GALLOWAY accused JABBAR of breaching a contract with ANWAR and failed to return unused drug samples to Biorasi (Attachment #1). JABBAR stated that what GALLOWAY alleged was not true.

## ATTACHMENT

1. Email dated October 31, 2017 from Patrick GALLOWAY to JABBAR

## INDEXING

1. ANWAR, Sami -
2. JABBAR, Danish -
3. ZAIN RESEARCH LLC -
4. BRACKET TRIALS -
5. SINGH, Harbeer -
6. ELLINGFORD, Heather -
7. GALLOWAY, Patrick -

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

EXHIBIT 1    Previous edition dated 8/94 may be used.    22