## REPORT OF INVESTIGATION

| 1. Program Code | 2. Cross File | Related Files | 3. File No. ▮▮▮▮ | 4. G-DEP Identifier ▮▮▮ |
|---|---|---|---|---|
| 5. By: Craig W Tom, DI  At: | ☐ ☐ ☐ ☐ ☐ | | 6. File Title ▮▮▮▮ ▮▮▮ | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 04-11-2018 | |

9. Other Officers: FDA Special Agent Steven DeZeeuw, DI Robert Hannon, and DI Brian Hudson

10. Report Re: Interview of Harbeer SINGH at 525 Jeffco Blvd, Arnold, MO 63010 on April 10, 2018 ▮▮▮.

---

## DETAILS

1. On April 10, 2018, Diversion Investigator (DI) Craig Tom, Food and Drug Administration (FDA) Special Agent (SA) Steven DeZeeuw, DI Robert Hannon, and DI Brian Hudson interviewed Harbeer SINGH at 525 Jeffco Blvd, Arnold, MO 63010 on April 10, 2018. Investigators identified themselves and presented their credentials to SINGH. Investigators also informed SINGH that any statements provided would be voluntary. The following statements were provided by SINGH throughout the interview.

2. SINGH stated that he met Sami ANWAR in 2010 at St. Luke's Hospital in Chesterfield, MO. SINGH further stated that he and ANWAR met at the hospital library studying for United States medical exam boards. SINGH stated that he studied medicine in Moscow, Russia.

3. SINGH stated that in the Winter of 2015, ANWAR asked SINGH to work for him at ZAIN RESEARCH. SINGH further stated that in June 2016 he accepted ANWAR's offer to work at ZAIN RESEARCH in Washington state. SINGH stated that he would attend conferences and do online trainings for clinical trails. SINGH further stated that he would also help study coordinators fill out questionnaires, take patient blood pressure, conduct EKG's on patients, and whatever else was asked of him by the study coordinators. SINGH stated that he never filled out any sponsor paperwork or participated in any fraudulent research.

| 11. Distribution:  Division  District  Other ▮▮▮ | 12. Signature (Agent)  /s/ Craig W Tom, DI | 13. Date 04-13-2018 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Susan C Zennan, GS | 15. Date 04-25-2018 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**Exhibit 3**

Previous edition dated 8/94 may be used.

**108**

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮▮ ▮▮▮ ▮ | |
| 4. Page **2** of **3** | | |
| 5. Program Code | 6. Date Prepared 04-11-2018 | |

4. SINGH stated that he wanted to move back to the St. Louis, MO area in the Fall of 2016 and ANWAR provided SINGH with the opportunity to work with Dr. Danish JABBAR at BRACKET TRIALS in November 2016. SINGH stated that he was working for BRACKET TRIALS from November 2016 through March 2017, but was employed and paid by ZAIN RESEARCH during that time. SINGH stated he was paid $5,500/month in the form of a check. SINGH stated after his left ANWAR, he began working for a home health agency in the St. Louis, MO area. SINGH stated he currently works for the same home health agency.

5. SINGH stated that he never called the FDA to file a complaint on Dr. JABBAR for any reason. SA DeZeeuw informed SINGH that somebody called the FDA and filed a complaint on Dr. JABBAR's for drawing his only blood and submitting it on behalf of patients in the Braeburn clinical trial in July 2017 and provided the name of "Harbeer Singh" and left a phone number of (314) 200-4513. SINGH stated that that was not his phone number nor did he recognize the phone number. SINGH further stated his phone number was (314) ▮▮▮▮▮. At approximately 2:25 p.m. CST, SINGH dialed (314) 200-4513 from his cell phone and placed the phone on speaker mode for Investigators to listen. A male voice answered the phone and immediately addressed SINGH as "Harbeer," and spoke in Urdu. SINGH immediately informed Investigators that the person who picked up the phone was ANWAR. SINGH asked ANWAR to speak in English, and ANWAR stated "I'm busy, I'll call you back" and ended the phone call. SINGH stated that ANWAR said the same thing in Urdu.

## INDEXING

1. ANWAR, Sami – ▮▮▮▮▮▮▮

2. JABBAR, Danish – ▮▮▮▮ ▮▮▮▮

3. ZAIN RESEARCH LLC – ▮▮▮▮▮▮

4. BRACKET TRIALS – ▮▮▮▮ ▮▮▮▮

5. SINGH, Harbeer – ▮▮▮▮ ▮▮▮▮

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**Exhibit 3**        Previous edition dated 8/94 may be used.        **109**

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▉ | 2. G-DEP Identifier ▉ |
| --- | --- | --- |
| | 3. File Title<br>▉ ▉ ▉ | |
| 4.<br>**Page   3   of   3** | | |
| 5. Program Code | 6. Date Prepared<br>04-11-2018 | |

▉

Remarks: Worked for ZAIN RESEARCH and BRACKET TRIALS.

**DEA** Form    **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

**Exhibit 3**          Previous edition dated 8/94 may be used.          **110**