John Gary Metro WSBN 37919
719 Jadwin Avenue
Richland WA. 99352
(509) 942-7011
garymetro@outlook.com

Attorney for Defendants Sami Anwar,
Zain Research, LLC., Mid-Columbia Research L.L.C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAMI ANWAR, ZAIN RESEARCH LLC, MID COLUMBIA RESEARCH LLC.<br><br>　　　　Defendants | Case No. 4:18-CR-6054-EFS<br><br>DEFENDANTS' JOINT EXHIBIT LIST |

| EXHIBIT NO. | Brief Description |
|---|---|
| 1000 | Deposition of Heather Ellingford |
| 1001 | Nand Complaint for Damages |
| 1002 | Operating Agreement of Zain Research |
| 1003 | Business Share Purchase Agreement |
| 1004 | August 9th, 2017 letter from Atty Riley to Anwar |
| 1005 | Hashmi PI 1572 Alzheimer Nov. 2012 |
| 1006 | Hashmi CV 2012 |
| 1007 | Hashmi PI 1572 Bipolar March 2013 |
| 1008 | Hashmi PI 1572 Bipolar 10/4/2013 |
| 1009 | Hashmi P1 1572 12/02/2013 |
| 1010 | Hashmi PI 1572 12/17/13 |
| 1011 | Hashmi PI 1572  5/27/2014 |

| | | |
|---|---|---|
| 1 | 1012 | Nand C.V. 4/11/2013 |
| 2 | 1013 | Nand PI 1572 Smoke Cessation Study 11-4-2013 |
|   | 1014 | Nand PI 1572 Cardio 12-7-2013 |
| 3 | 1015 | Nand PI 1572 Diabetes Study |
|   | 1016 | Nand P1 1572 Crones Disease 3-17-14 |
| 4 |      | Nand 1572 Rheumatoid Arthritis 12-4-14 |
| 5 | 1017 | Megna CV 2017 |
|   | 1018 | Megna PI 1572 Braeburn |
| 6 | 1019 | Nand-Anwar Dispute Police Investigation August 2017 |
| 7 | 1020 | Hashmi Interview 2019 |
|   | 1021 | Landon Interview 2019 |
| 8 | 1022 | Nand letter to Craig Tom Feb. 2018 |
|   | 1023 | Megna Application for 225 |
| 9 | 1024 | Email Interchange Eisner Tom Withdrawal of application |
| 10 | 1025 | August 2017 Megna Target of DEA Investigation |
|    | 1026 | January 24, 2018 written statement PI Braeburn, 2 signatures |
| 11 | 1027 | March 5, 2018 report of Ellingford Tires Slashed KPD Jared Gregg |
|    | 1028 | March 26, 2018 report of tires slashed Ellingford KPD Avery Smith |
| 12 | 1029 | March 26, 2018 DEA Agent Cole send KPD Kirk Isakson should things escalate |
| 13 | 1030 | April 26,2018 Slashed tires KPD John Greenhough |
|    | 1031 | June 1, 2018 Slashed Tires KPD Remie Rees We have exhausted all leads |
| 14 | 1032 | June 21, 2018 Tires slashed again, no evidence KPD Zachariah Armitage |
| 15 | 1034 | Email exchanges between DEA Agent Tom and Ellingford re Dr. Megna's interview for license to prescribe |

Defendants incorporate by this reference all other Exhibits identified by the United States.

Discovery and investigation are ongoing; Defendant reserve the right to amend this Exhibit List

Dated this the 24th day of October 2019.

By s/John Gary Metro

719 Jadwin Ave.
Richland, WA 99352
(509) 943-7011
garymetro@outlook.com

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019 I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification to the following:

    Tyler Tornebene, Assistant United States Attorney.
    Daniel Fruchter, Assistant United States Attorney

          S/John Gary Metro
          John Gary Metro