AO 245E (Rev. 09/19)  Judgment in a Criminal Case for Organizational Defendants
　　　　　　　　　　　Sheet 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Oct 06, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ZAIN RESEARCH LLC | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants |

Case Number:     4:18-CR-06054-EFS-3

John Gary Metro
_____
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☐　pleaded guilty to count(s) _____

☐　pleaded nolo contendere to count(s) _____
　　which was accepted by the court.

☒　was found guilty on count(s) after a
　　plea of not guilty.　　　　　　1s and 2s

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section      /      Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 1349 - CONSPIRACY TO COMMIT WIRE FRAUD | 11/16/2018 | 1s |
| 18 U.S.C. § 1349 - CONSPIRACY TO COMMIT MAIL FRAUD | 11/16/2018 | 2s |

　　　　The defendant organization is sentenced as provided in pages 2 through 4 of this judgment.

☒　The defendant organization has been found not guilty on count(s)　　3s – 47s _____

☐　Count(s) _____　☐ is　☐ are dismissed on the motion of the United States

　　　It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No. _____

10/1/2020
_____
Date of Imposition of Judgment

Defendant Organization's Principal Business Address:

N/A

_Edward F. Shea_
_____
Signature of Judge

Defendant Organization's Mailing Address:

N/A

The Honorable Edward F. Shea　　　Judge, U.S. District Court
_____
Name and Title of Judge

10/06/2020
_____
Date

AO 245E    (Rev. 09/19)   Judgment in a Criminal Case for Organizational Defendants                          Judgment -- Page 2 of 4
                    Sheet 2B – Probation

DEFENDANT ORGANIZATION: ZAIN RESEARCH LLC
Case Number:    4:18-CR-06054-EFS-3

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:    N/A; Organization no longer exist.

AO 245E    (Rev. 09/19)  Judgment in a Criminal Case for Organizational Defendants                    Judgment -- Page 3 of 4
                            Sheet 3 – Criminal Monetary Penalties

DEFENDANT ORGANIZATION: ZAIN RESEARCH LLC
Case Number:    4:18-CR-06054-EFS-3

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $800.00 | $.00 | $1,890,550.10 |

☐    The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case (AO245C)* will be
      entered after such determination.

☒    The defendant organization shall make restitution (including community restitution) to the following payees in the amount
      listed below.

        If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified
otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid
before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Pfizer | $658,513.77 | $658,513.77 | |
| Braeburn | $435,732.93 | $435,732.93 | |
| Biorasi | $739,984.20 | $739,984.20 | |
| Medpace | $46,988 | $46,988 | |
| Finch Therapeutics | $9,331.20 | $9,331.20 | |

☐    Restitution amount ordered pursuant to plea agreement    $ _____

☐    The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid
      in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on
      Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒    The court determined that the defendant organization does not have the ability to pay interest and it is ordered that:

      ☒    the interest requirement is waived for the      ☐  fine        ☒  restitution
      ☐    the interest requirement for the                ☐  fine        ☐  restitution is modified as follows:

\*   Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

AO 245E   (Rev. 09/19)   Judgment in a Criminal Case for Organizational Defendants
Sheet 8 – Reason for Amendment

Judgment -- Page 4 of 4

DEFENDANT ORGANIZATION: ZAIN RESEARCH LLC
Case Number:    4:18-CR-06054-EFS-3

# SCHEDULE OF PAYMENTS

Having assessed the defendant organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payments of $ _____ due immediately, balance due
   ☐ not later than                                                    , or
   ☐ in accordance with    ☐    C,   ☐    D below; or

**B** ☒ Payment to begin immediately (may be combined with   ☐    C,   ☐    D,   ☒ F below);

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
   _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the following address until monetary penalties are paid in full: Clerk, U.S. District Court, Attention: Finance, P.O. Box 1493, Spokane, WA 99210-1493.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒   Joint and Several

   Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

   **Restitution: $1,890,550.10:**

   Sami Anwar: 4:18-cr-06054-EFS-1
   Mid Columbia Research LLC: 4:18-cr-06054-EFS-2

☐   The defendant organization shall pay the cost of prosecution.

☐   The defendant organization shall pay the following court cost(s):

☐   The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.